**Tommy K. CRYER, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

**No. 08–30667.**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Feb. 4, 2009.

George Edward Harp, Shreveport, LA, for Plaintiff–Appellant.

---

Duston K. Barton, Patrick Joseph Urda, U.S. Department of Justice, Washington, DC, for Defendant–Appellee.

Before SMITH, STEWART, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Tommy Cryer sued the government, pursuant to 26 U.S.C. § 7431, for alleged wrongful disclosures of tax return information in violation of *id.* § 6103. The district court granted the government's motion to dismiss for failure to state a claim, mainly on the ground that the information allegedly disclosed is not "return information" as intended by the statute.

The district court explained its reasons in a careful "Memorandum Ruling" entered on May 13, 2008. We agree with the analysis in that opinion. The judgment is AFFIRMED, essentially for the reasons given by the district court.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

